IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Gerald Thompson, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv935 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Ohio Department of Rehabilitation | |
| & Correction, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 19, 2015 (Doc. 31), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 9, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motions for a preliminary injunction and/or temporary restraining order (Docs. 20 and 23) are DENIED.  Plaintiff's motion to supplement the complaint (Doc. 26) is also DENIED.

IT IS SO ORDERED.

                                                                                           s/Susan J. Dlott
                                                                                           Judge Susan J. Dlott
                                                                                           United States District Court