IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Gerald Thompson, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:14cv935 |
| | : Judge Susan J. Dlott |
| Ohio Department of Rehabilitation, | : |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 24, 2015 a Report and Recommendation (Doc. 38).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 43) and the defendants filed a response to the objections (Doc. 44).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion for a preliminary injunction and/or temporary restraining order (Doc. 30) is DENIED.  It is further ORDERED that plaintiff's motion to amend the complaint (Doc. 34) is DENIED.

IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Judge Susan J. Dlott
       United States District Court